

January 8, 2025

Hon. Judge Marcia M. Henry
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **TRIPPETT v. TRAXNYC CORP.
DOCKET NO. 1:24-cv-6140**

Dear Judge Henry:

    The undersigned represents Alfred Trippett, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

    The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

    Thank you for your time and consideration on this matter.

    Respectfully,

    Gabriel A. Levy