UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
ALFRED TRIPPETT, on behalf of himself and all Others similarly situated,

        Plaintiffs,

  -against-

TRAXNYC CORP.,

        Defendant.
―――――――――――――――――――――x

Civil Action No. 1:24-cv-6140

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDUCE**

Plaintiff Alfred Trippett, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: February 27, 2025

By: _/s/ Gabriel Levy_____

Gabriel A. Levy, Esq .
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com